B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Belhumeur, Gary Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Leigh Belhumeur, Lorrayne Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Lorrayne Lynn Leigh** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9068** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7787** |
| Street Address of Debtor (No. and Street, City, and State):<br>**139 W Escalones**<br>**San Clemente, CA**                ZIP Code **92672** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**139 W Escalones**<br>**San Clemente, CA**                ZIP Code **92672** |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business:<br>**Orange** |
| Mailing Address of Debtor (if different from street address):<br><br>                ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
☐ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the debtor
  is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
  to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
  classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**FILED**

**JUL - 1 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

*Time 10:00 AM*

ORIGINAL BY FAX

B1 (Official Form 1)(1/08)                                                                                    **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Belhumeur, Gary Lee**<br>**Leigh Belhumeur, Lorrayne Lynn** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Gerald Wolfe**                              **June 30, 2009**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Gerald Wolfe 180599** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Belhumeur, Gary Lee**<br>**Leigh Belhumeur, Lorrayne Lynn** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gary Lee Belhumeur**
Signature of Debtor **Gary Lee Belhumeur**

X **/s/ Lorrayne Lynn Leigh Belhumeur**
Signature of Joint Debtor **Lorrayne Lynn Leigh Belhumeur**

Telephone Number (If not represented by attorney)

**June 30, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Gerald Wolfe**
Signature of Attorney for Debtor(s)

**Gerald Wolfe 180599**
Printed Name of Attorney for Debtor(s)

**Law Office of Gerald Wolfe**
Firm Name
**6B Liberty, Suite 210**
**Aliso Viejo, CA 92656**

Address

Email: gerald@mortgagelawgroup.com
**949-257-0961  Fax: 949-878-4840**
Telephone Number

**June 30, 2009          180599**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Central District of California

In re    **Gary Lee Belhumeur**
**Lorrayne Lynn Leigh Belhumeur**

Debtor(s)

Case No.
Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Gary Lee Belhumeur**
                        **Gary Lee Belhumeur**

Date:  **June 30, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Central District of California

**Gary Lee Belhumeur**
In re   **Lorrayne Lynn Leigh Belhumeur**

Debtor(s)

Case No.
Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
      ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Lorrayne Lynn Leigh Belhumeur**
                        **Lorrayne Lynn Leigh Belhumeur**

Date:   **June 30, 2009**

Certificate Number: 00437-CAC-CC-007500632

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 26, 2009 , at 2:28 o'clock PM MDT .

Gary Belhumeur received from

Black Hills Children's Ranch, Inc. .

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: June 26, 2009          By    /s/Rhonda Bossman

                             Name  Rhonda Bossman

                             Title  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-CAC-CC-007500631

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 26, 2009 , at 2:28 o'clock PM MDT .

Lorrayne Belhumeur received from

Black Hills Children's Ranch, Inc. .

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: June 26, 2009      By    /s/Rhonda Bossman

Name   Rhonda Bossman

Title   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Gary Lee Belhumeur
Lorrayne Lynn Leigh Belhumeur

Debtor(s)

Case No.
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Aurora Loan Services<br>P.O Box 78111<br>Phoenix, AZ 85062 | Aurora Loan Services<br>P.O Box 78111<br>Phoenix, AZ 85062 | Rental: single family dwelling Location: 137 W Escalones, San Clemente, CA 92672 | Disputed | 592,500.00<br><br>(300,000.00 secured) |
| Bank of America<br>Mail Stop SV3-83<br>PO Box 10277<br>Van Nuys, CA 91410 | Bank of America<br>Mail Stop SV3-83<br>PO Box 10277<br>Van Nuys, CA 91410 | Rental: Tri-plex Location: 148 Terracina Way, Vista, CA 92083 | Disputed | 610,530.00<br><br>(370,000.00 secured) |
| Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062 | Rental: 3 bedroom condo Location: 5070 Via Manos Unit B, Oceanside, CA 92057 | Disputed | 288,771.00<br><br>(125,000.00 secured) |
| Bank of America<br>Mail Stop CA6-921-01-09<br>450 American Street<br>Simi Valley, CA 93065 | Bank of America<br>Mail Stop CA6-921-01-09<br>450 American Street<br>Simi Valley, CA 93065 | Rental: 3 Bedroom Condo Location: 309 Sun Court, El Cajon, CA 92021 | Disputed | 266,495.00<br><br>(120,000.00 secured) |
| Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062 | Rental: single family dwelling Location: 137 W Escalones, San Clemente, CA 92672 | | 39,500.00<br>(300,000.00 secured)<br>(592,500.00 senior lien) |
| GMAC<br>P.O Box 380908<br>Bloomington, MN 55438 | GMAC<br>P.O Box 380908<br>Bloomington, MN 55438 | Residence: single family dwelling (Primary Residence) Location: 139 W Escalones, San Clemente, CA 92672 | Disputed | 549,250.00<br><br>(400,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
Gary Lee Belhumeur
In re    Lorrayne Lynn Leigh Belhumeur                                              Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| National City<br>P.O Box 5570<br>Cleveland, OH 44101 | National City<br>P.O Box 5570<br>Cleveland, OH 44101 | Residence: single family dwelling (Primary Residence) Location: 139 W Escalones, San Clemente, CA 92672 | | 126,750.00 (400,000.00 secured) (549,250.00 senior lien) |
| National City<br>P.O Box 5570<br>Cleveland, OH 44101 | National City<br>P.O Box 5570<br>Cleveland, OH 44101 | Rental: Tri-plex Location: 148 Terracina Way, Vista, CA 92083 | | 69,500.00 (370,000.00 secured) (610,530.00 senior lien) |
| Orange County Treasurer<br>PO Box 1438<br>Santa Ana, CA 92702-1438 | Orange County Treasurer<br>PO Box 1438<br>Santa Ana, CA 92702-1438 | Property Taxes (137 Escalones) | | 4,992.90 |
| San Diego County Treasurer<br>PO Box 129009<br>San Diego, CA 92112 | San Diego County Treasurer<br>PO Box 129009<br>San Diego, CA 92112 | Property Taxes (Terracina Way) | | 7,621.34 |
| San Diego County Treasurer<br>PO Box 129009<br>San Diego, CA 92112 | San Diego County Treasurer<br>PO Box 129009<br>San Diego, CA 92112 | Property Taxes (Sun Court) | | 2,873.96 |
| San Diego County Treasurer<br>PO Box 129009<br>San Diego, CA 92112 | San Diego County Treasurer<br>PO Box 129009<br>San Diego, CA 92112 | Property Taxes (Via Manos) | | 2,498.48 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

**Gary Lee Belhumeur**

In re   **Lorrayne Lynn Leigh Belhumeur**                                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    We, **Gary Lee Belhumeur** and **Lorrayne Lynn Leigh Belhumeur**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date ___**June 30, 2009**_____        Signature   **/s/ Gary Lee Belhumeur**_____

                                                         **Gary Lee Belhumeur**

                                                         Debtor

Date ___**June 30, 2009**_____        Signature   **/s/ Lorrayne Lynn Leigh Belhumeur**_____

                                                         **Lorrayne Lynn Leigh Belhumeur**

                                                         Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Central District of California

In re   **Gary Lee Belhumeur,**
          **Lorrayne Lynn Leigh Belhumeur**

Case No. _____

                                    Debtors

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **June 30, 2009** _____         Signature **/s/ Gary Lee Belhumeur** _____
                                                                        **Gary Lee Belhumeur**
                                                                        Debtor

Date___ **June 30, 2009** _____         Signature **/s/ Lorrayne Lynn Leigh Belhumeur** _____
                                                                        **Lorrayne Lynn Leigh Belhumeur**
                                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **n/a**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **n/a**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **n/a**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **none**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Orange County**                    , California.        **/s/ Gary Lee Belhumeur**
                                                                      **Gary Lee Belhumeur**
Dated        **June 30, 2009**                                        *Debtor*

                                                                      **/s/ Lorrayne Lynn Leigh Belhumeur**
                                                                      **Lorrayne Lynn Leigh Belhumeur**
                                                                      *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B201 - Notice of Available Chapters (Rev. 12/08)                                      USBC, Central District of California

| Name: | **Gerald Wolfe 180599** | | |
|---|---|---|---|
| Address: | **6B Liberty, Suite 210** | | |
| | **Aliso Viejo, CA 92656** | | |
| Telephone: | **949-257-0961** | Fax: | **949-878-4840** |

■ Attorney for Debtor
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

List all names including trade names, used by Debtor(s) Case No.:
within last 8 years:

Gary Lee Belhumeur
Lorrayne Lynn Leigh Belhumeur

   AKA Lorrayne Lynn Leigh

### NOTICE OF AVAILABLE CHAPTERS

(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   **Services Available from Credit Counseling Agencies**

     **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

     **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

     ### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

     1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

     2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

B201 - Notice of Available Chapters (Rev. 12/08)                                      USBC, Central District of California

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.   **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Gary Lee Belhumeur | | |
|---|---|---|
| **Lorrayne Lynn Leigh Belhumeur** | X **/s/ Gary Lee Belhumeur** | **June 30, 2009** |
| Printed Name of Debtor | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X **/s/ Lorrayne Lynn Leigh Belhumeur** | **June 30, 2009** |
| | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Gary Lee Belhumeur,**
        **Lorrayne Lynn Leigh Belhumeur**

Case No. _____

                        Debtors

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,315,000.00 | | |
| B - Personal Property | Yes | 4 | 125,836.57 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,543,296.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 17,986.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 16,684.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,606.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 1,440,836.57 | | |
| Total Liabilities | | | | 2,561,282.68 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Gary Lee Belhumeur,**               Case No. _____
        **Lorrayne Lynn Leigh Belhumeur**

                                      Debtors        Chapter                **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 17,986.68 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 17,986.68 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 16,684.90 |
| Average Expenses (from Schedule J, Line 18) | 13,606.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 15,240.26 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,228,296.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 17,986.68 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,228,296.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Gary Lee Belhumeur,**                                                    Case No. _____
         **Lorrayne Lynn Leigh Belhumeur**
                                                              ,
                                            Debtors

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: single family dwelling (Primary Residence)**<br>**Location: 139 W Escalones, San Clemente, CA 92672** | **Fee simple** | **J** | **400,000.00** | **676,000.00** |
| **Rental: single family dwelling**<br>**Location: 137 W Escalones, San Clemente, CA 92672** | **Fee Simple** | **J** | **300,000.00** | **632,000.00** |
| **Rental: 3 bedroom condo**<br>**Location: 5070 Via Manos Unit B, Oceanside, CA 92057** | **Fee simple** | **J** | **125,000.00** | **288,771.00** |
| **Rental: 3 Bedroom Condo**<br>**Location: 309 Sun Court, El Cajon, CA 92021** | **Fee simple** | **J** | **120,000.00** | **266,495.00** |
| **Rental: Tri-plex**<br>**Location: 148 Terracina Way, Vista, CA 92083** | **Fee simple** | **J** | **370,000.00** | **680,030.00** |

|  | | |
|---|---|---|
| Sub-Total > | **1,315,000.00** | (Total of this page) |
| Total > | **1,315,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Gary Lee Belhumeur,**                            Case No. _____
         **Lorrayne Lynn Leigh Belhumeur**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash: Foreign Currency** | J | 895.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: Joint Checking**<br>**Location: Union Bank of California, San Clemente, CA** | J | 8,373.27 |
| | | **Bank Account: Joint Checking**<br>**Location: Washington Mutual/Chase, San Clemente, CA 92672**<br>**$1,550 - security deposit from tenant for Sun Court Property**<br>**$750 - security deposit for Terracina #3 Property**<br>**$800 - security deposit from tenant for Terracina #1 Property**<br>**$700 - security deposit from tenant for Terracina #2 Property** | J | 4,346.13 |
| | | **Bank Account: Joint Savings Account**<br>**Location: ING Direct** | J | 4,192.57 |
| | | **Bank Account: Gary's individual checking account**<br>**Location: Chase, San Clemente** | H | 101.00 |
| | | **Bank Account: Gary's business account**<br>**Location: Chase, San Clemente** | H | 600.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: Used furniture** | J | 2,000.00 |
| | | **Appliances: Used appliances including washer dryer, fridge, d/w, stove** | J | 1,500.00 |
| | | **Office: used computers and office equipment and furniture** | J | 500.00 |
| | | **Audio-Video: audio video equipment used tv** | J | 250.00 |

Sub-Total &gt;       <b>22,757.97</b><br>(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gary Lee Belhumeur,**                                         Case No. _____
        **Lorrayne Lynn Leigh Belhumeur**
                                          _____,
                                     Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collectibles: art and used books** | J | 250.00 |
| 6. Wearing apparel. | | **Clothes: Used clothing** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Jewelry: wedding bands and costume jewelry** | J | 5,200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports-Hobby: used fishing poles and equipment** | H | 500.00 |
| | | **Trade Tools: table saw and hand tools used for construction** | H | 2,500.00 |
| | | **Musical: used piano bought from Salvation Army** | J | 250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement: Gary's Roth IRA Location: Presidential Brokerage, 10650 Treena Street Suite 305, San Diego, CA 92131** | H | 17,663.89 |
| | | **Retirement: Gary's Roth IRA Location: Charles Schwab** | H | 18,481.35 |
| | | **Retirement: Gary's Roth IRA Location: Ameritrade, PO Box 2209, Omaha, NE 68103** | H | 3,416.47 |
| | | **Retirement: Lorry's Roth IRA Location: Charles Schwab** | W | 6,622.41 |
| | | **Retirement: Lorry's 403B Location: AIG Valic, 2450 Venture Oaks Way, Suite 120, Sacramento, CA 95833** | W | 39,369.48 |

Sub-Total >         95,253.60
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gary Lee Belhumeur,**                               Case No. _____
        **Lorrayne Lynn Leigh Belhumeur**
                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gary Lee Belhumeur,**
      **Lorrayne Lynn Leigh Belhumeur**

Case No. _____

_____
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 1993 Toyota Truck 100K miles (KBB value)** | **J** | **675.00** |
| | | **Auto: 2004 Toyota Camry 96000 miles (KBB value)** | **J** | **5,100.00** |
| | | **Auto: 1999 Isuzu Trooper 140K miles (KBB value)** | **J** | **2,000.00** |
| | | **Fun Vehicle: Zodiac Raft** | **H** | **50.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 7,825.00 |
| Total > | 125,836.57 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Gary Lee Belhumeur,**
       **Lorrayne Lynn Leigh Belhumeur**             Case No. _____

                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                 $136,875.
   ☐ 11 U.S.C. §522(b)(2)
   ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash: Foreign Currency** | C.C.P. § 703.140(b)(5) | 895.00 | 895.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank Account: Joint Checking Location: Union Bank of California, San Clemente, CA** | C.C.P. § 703.140(b)(5) | 8,373.27 | 8,373.27 |
| **Bank Account: Joint Checking Location: Washington Mutual/Chase, San Clemente, CA 92672 $1,550 - security deposit from tenant for Sun Court Property $750 - security deposit for Terracina #3 Property $800 - security deposit from tenant for Terracina #1 Property $700 - security deposit from tenant for Terracina #2 Property** | C.C.P. § 703.140(b)(5) | 4,346.13 | 4,346.13 |
| **Bank Account: Joint Savings Account Location: ING Direct** | C.C.P. § 703.140(b)(5) | 4,192.57 | 4,192.57 |
| **Bank Account: Gary's individual checking account Location: Chase, San Clemente** | C.C.P. § 703.140(b)(5) | 101.00 | 101.00 |
| **Bank Account: Gary's business account Location: Chase, San Clemente** | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| **Furniture: Used furniture** | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Appliances: Used appliances including washer dryer, fridge, d/w, stove** | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Office: used computers and office equipment and furniture** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Audio-Video: audio video equipment used tv** | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Collectibles: art and used books** | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| **Wearing Apparel** | | | |
| **Clothes: Used clothing** | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Jewelry: wedding bands and costume jewelry** | C.C.P. § 703.140(b)(4) | 1,350.00 | 5,200.00 |

    **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Gary Lee Belhumeur,**
         **Lorrayne Lynn Leigh Belhumeur**                                                    Case No. _____

                                                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports-Hobby: used fishing poles and equipment | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Trade Tools: table saw and hand tools used for construction | C.C.P. § 703.140(b)(6) | 2,075.00 | 2,500.00 |
| Musical: used piano bought from Salvation Army | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: Gary's Roth IRA Location: Presidential Brokerage, 10650 Treena Street Suite 305, San Diego, CA 92131 | C.C.P. § 703.140(b)(10)(E) | 17,663.89 | 17,663.89 |
| Retirement: Gary's Roth IRA Location: Charles Schwab | C.C.P. § 703.140(b)(10)(E) | 18,481.35 | 18,481.35 |
| Retirement: Gary's Roth IRA Location: Ameritrade, PO Box 2209, Omaha, NE 68103 | C.C.P. § 703.140(b)(10)(E) | 3,416.47 | 3,416.47 |
| Retirement: Lorry's Roth IRA Location: Charles Schwab | C.C.P. § 703.140(b)(10)(E) | 6,622.41 | 6,622.41 |
| Retirement: Lorry's 403B Location: AIG Valic, 2450 Venture Oaks Way, Suite 120, Sacramento, CA 95833 | C.C.P. § 703.140(b)(10)(E) | 39,369.48 | 39,369.48 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Auto: 1993 Toyota Truck 100K miles (KBB value) | C.C.P. § 703.140(b)(5) | 675.00 | 675.00 |
| Auto: 2004 Toyota Camry 96000 miles (KBB value) | C.C.P. § 703.140(b)(2) Wife's C.C.P. § 703.140(b)(5) | 3,300.00 803.62 | 5,100.00 |
| Auto: 1999 Isuzu Trooper 140K miles (KBB value) | C.C.P. § 703.140(b)(2) Husband's | 2,000.00 | 2,000.00 |

| | Total: | 120,515.19 | 125,786.57 |
|---|---|---|---|

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Gary Lee Belhumeur,**                                                Case No. _____
         **Lorrayne Lynn Leigh Belhumeur**
_____,
                                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxx1909 | | | | | 12/2006 | | | | | |
| **Aurora Loan Services** P.O Box 78111 Phoenix, AZ 85062 | J | | | | 1st mortgage (deed of trust) Rental: single family dwelling Location: 137 W Escalones, San Clemente, CA 92672 | | | X | | |
| | | | | | Value $              300,000.00 | | | | 592,500.00 | 292,500.00 |
| Account No. xxxx1895 | | | | | 12/2006 | | | | | |
| **Bank of America** PO Box 5170 Simi Valley, CA 93062 | J | | | | 2nd mortgage (deed of trust) Rental: single family dwelling Location: 137 W Escalones, San Clemente, CA 92672 | | | | | |
| | | | | | Value $              300,000.00 | | | | 39,500.00 | 39,500.00 |
| Account No. xxxxx1978 | | | | | 4/2006 | | | | | |
| **Bank of America** PO Box 5170 Simi Valley, CA 93062 | J | | | | 1st mortgage (deed of trust) Rental: 3 bedroom condo Location: 5070 Via Manos Unit B, Oceanside, CA 92057 | | | X | | |
| | | | | | Value $              125,000.00 | | | | 288,771.00 | 163,771.00 |
| Account No. xxxxx8829 | | | | | 3/05 | | | | | |
| **Bank of America** Mail Stop CA6-921-01-09 450 American Street Simi Valley, CA 93065 | J | | | | 1st mortgage (deed of trust) Rental: 3 Bedroom Condo Location: 309 Sun Court, El Cajon, CA 92021 | | | X | | |
| | | | | | Value $              120,000.00 | | | | 266,495.00 | 146,495.00 |
| **1**    continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 1,187,266.00 | 642,266.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Gary Lee Belhumeur,**
        **Lorrayne Lynn Leigh Belhumeur**                                    Case No. _____

_____
                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6321 | | 4/2005 | | | | | |
| **Bank of America** **Mail Stop SV3-83** **PO Box 10277** **Van Nuys, CA 91410** | J | 1st mortgage (deed of trust) **Rental: Tri-plex** **Location: 148 Terracina Way, Vista, CA 92083** | | | X | | |
| | | Value $ 370,000.00 | | | | 610,530.00 | 240,530.00 |
| Account No. xxxxxxxxxxxxxx8734 | | 11/2004 | | | | | |
| **GMAC** **P.O Box 380908** **Bloomington, MN 55438** | J | 1st Mortgage (deed of trust) **Residence: single family dwelling (Primary Residence)** **Location: 139 W Escalones, San Clemente, CA 92672** | | | X | | |
| | | Value $ 400,000.00 | | | | 549,250.00 | 149,250.00 |
| Account No. xxxxxxxxxxxx4448 | | 11/2004 | | | | | |
| **National City** **P.O Box 5570** **Cleveland, OH 44101** | J | 2nd Mortgage (deed of trust) **Residence: single family dwelling (Primary Residence)** **Location: 139 W Escalones, San Clemente, CA 92672** | | | | | |
| | | Value $ 400,000.00 | | | | 126,750.00 | 126,750.00 |
| Account No. xxxxxxxxxxxx4350 | | 4/2005 | | | | | |
| **National City** **P.O Box 5570** **Cleveland, OH 44101** | J | 2nd Mortgage (deed of trust) **Rental: Tri-plex** **Location: 148 Terracina Way, Vista, CA 92083** | | | | | |
| | | Value $ 370,000.00 | | | | 69,500.00 | 69,500.00 |
| Account No. | | | | | | | |
| | | Value $ | | | | | |

Sheet  _1_  of  _1_  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,356,030.00 | 586,030.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,543,296.00 | 1,228,296.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Gary Lee Belhumeur,**                                              Case No. _____
         **Lorrayne Lynn Leigh Belhumeur**
_____,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __Gary Lee Belhumeur,__                                    Case No. _____
         __Lorrayne Lynn Leigh Belhumeur__
                                            Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-x52-58** <br><br> **Orange County Treasurer** <br> **PO Box 1438** <br> **Santa Ana, CA 92702-1438** | C | | 2008-2009 <br><br> **Property Taxes (137 Escalones)** | | | | 4,992.90 | 0.00 | 4,992.90 |
| Account No. **xxx xxx 15 00** <br><br> **San Diego County Treasurer** <br> **PO Box 129009** <br> **San Diego, CA 92112** | C | | 2008-2009 <br><br> **Property Taxes (Terracina Way)** | | | | 7,621.34 | 0.00 | 7,621.34 |
| Account No. **xxx xxx 10 25** <br><br> **San Diego County Treasurer** <br> **PO Box 129009** <br> **San Diego, CA 92112** | C | | 2008-2009 <br><br> **Property Taxes (Via Manos)** | | | | 2,498.48 | 0.00 | 2,498.48 |
| Account No. **xxx xxx 35 19** <br><br> **San Diego County Treasurer** <br> **PO Box 129009** <br> **San Diego, CA 92112** | C | | 2008 - 2009 <br><br> **Property Taxes (Sun Court)** | | | | 2,873.96 | 0.00 | 2,873.96 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 17,986.68 | 0.00 | 17,986.68 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 17,986.68 | 0.00 | 17,986.68 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Gary Lee Belhumeur,**                                        Case No. _____
        **Lorrayne Lynn Leigh Belhumeur**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

__0__  continuation sheets attached

Subtotal
(Total of this page)                                                     _____

Total
(Report on Summary of Schedules)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:41022-090528   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Gary Lee Belhumeur,**                                                    Case No. _____
      **Lorrayne Lynn Leigh Belhumeur**
                                      Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Carden Academy**<br>**24741 Chrisanta Drive**<br>**Mission Viejo, CA 92691** | **Purchaser on Contract expires 6/2010 Private School Contract.  The contract is for $8600 per year per child.** |
| **Chuck Maretzky**<br>**149 Ave Granada**<br>**San Clemente, CA 92672** | **Purchaser on Contract signed 12/2008 expires 12/2009 Real Estate Listing Agreements for Escalones Sun Court Terracina Via Manos** |
| **Meridian Property Management**<br>**9921 Carmel Mountain Road #232**<br>**San Diego, CA 92129** | **Purchaser on Contract  Residential Property Management agreements $100 per door = $400 per month on rental property in San Diego County** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Gary Lee Belhumeur,**                                          Case No. _____
         **Lorrayne Lynn Leigh Belhumeur**
                                                                                                                  ,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Gary Lee Belhumeur**
**Lorrayne Lynn Leigh Belhumeur**                              Case No. _____
                                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**daughter**<br>**daughter** | AGE(S):<br>**10**<br>**11** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **General Construction** | **Chief Executive Officer** |
| Name of Employer | **currently unemployed** | **Western Youth Services** |
| How long employed | **24 Years** | **12 years 5 months** |
| Address of Employer | | **23461 South Pointe Drive<br>Suite 220<br>Laguna Hills, CA 92653** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 13,700.26 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 13,700.26 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 3,965.10 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)   **See Detailed Income Attachment** | $ | 0.00 | $ | 755.66 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 4,720.76 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 8,979.50 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 6,940.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify):   **Auto Allowance** | $ | 0.00 | $ | 765.40 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 7,705.40 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 16,684.90 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 16,684.90 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Rents Change: Vacancy factor**
**Tenant in Sun Court may move out since he was unable to purchase it. Sun Court rent is $1550**

B6I (Official Form 6I) (12/07)

In re    **Gary Lee Belhumeur**
**Lorrayne Lynn Leigh Belhumeur**                                Case No.

                                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

Other Payroll Deductions:

| | | |
|---|---|---|
| 403B Retirement | $ 0.00 | $ 255.66 |
| Dependent Care Spending | $ 0.00 | $ 250.00 |
| Health Care Spending | $ 0.00 | $ 250.00 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 755.66 |

B6J (Official Form 6J) (12/07)

In re    **Gary Lee Belhumeur**
         **Lorrayne Lynn Leigh Belhumeur**                                    Case No.
                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,888.00 |
|   a. Are real estate taxes included?    Yes ___    No **X** | |
|   b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 178.00 |
|       b. Water and sewer | $ 71.00 |
|       c. Telephone | $ 38.00 |
|       d. Other **See Detailed Expense Attachment** | $ 81.00 |
| 3. Home maintenance (repairs and upkeep) | $ 227.00 |
| 4. Food | $ 900.00 |
| 5. Clothing | $ 250.00 |
| 6. Laundry and dry cleaning | $ 65.00 |
| 7. Medical and dental expenses | $ 343.00 |
| 8. Transportation (not including car payments) | $ 298.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| 10. Charitable contributions | $ 400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ 138.00 |
|       b. Life | $ 295.00 |
|       c. Health | $ 0.00 |
|       d. Auto | $ 140.00 |
|       e. Other ___ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) ___ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto | $ 0.00 |
|       b. Other **School tuition for two children** | $ 1,630.00 |
|       c. Other **child care** | $ 178.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **HOA dues and property management** | $ 936.00 |
|     Other **Property maintenance, expenses, repairs, vacancy factor** | $ 5,400.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 13,606.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **no reserves for scheduled maintenance on rental properties so expenses have been higher as items require more immediate attention.**

    **Primary residence mortgage of $1888 will increase to $3099 per month in Dec 2009**

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.   Average monthly income from Line 15 of Schedule I | $ 16,684.90 |
| b.   Average monthly expenses from Line 18 above | $ 13,606.00 |
| c.   Monthly net income (a. minus b.) | $ 3,078.90 |

B6J (Official Form 6J) (12/07)

Gary Lee Belhumeur
In re    Lorrayne Lynn Leigh Belhumeur                                    Case No.
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

Other Utility Expenditures:

| | | |
|---|---|---|
| cable - computer access | $ | 42.00 |
| trash | $ | 39.00 |
| Total Other Utility Expenditures | $ | 81.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Gary Lee Belhumeur**
     **Lorrayne Lynn Leigh Belhumeur**

                                Debtor(s)

Case No.
Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**20**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __**June 30, 2009**__        Signature __/s/ Gary Lee Belhumeur__
                                                       **Gary Lee Belhumeur**
                                                       Debtor

Date __**June 30, 2009**__        Signature __/s/ Lorrayne Lynn Leigh Belhumeur__
                                                        **Lorrayne Lynn Leigh Belhumeur**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

Gary Lee Belhumeur
In re    **Lorrayne Lynn Leigh Belhumeur**

Debtor(s)

Case No.
Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$83,917.56** | **2009 Wife, Western Youth Services** |
| **$170,681.00** | **2008 Wife, Western Youth Services** |
| **$156,351.00** | **2007 Wife, Western Youth Services** |

2

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 Husband Gary's business income** |
| **$6,660.00** | **2008 Husband Gary's business income** |
| **$24,649.00** | **2007 Husband Gary's business income** |
| **$0.00** | **2009 Joint, Taxable refund State taxes** |
| **$1,097.00** | **2008 Joint Taxable refund State taxes** |
| **$2,414.00** | **2007 Joint Taxable refund State taxes** |
| **$0.00** | **2009 Joint taxable interest income** |
| **$389.00** | **2007 Joint taxable interest income** |

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

3

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Western Youth Services 23461 S Pointe Suite 220 Laguna Hills, CA 92653** | **employer 501 c 3 charity** | **Dec 2008** | **donation Value: 260** |
| **Western Youth Services 23461 South Pointe Drive Suite 220 Laguna Hills, CA 92653** | **employer 501 c 3 charity** | **Jan 2009** | **donation Value: 560** |
| **Zoe Church 31531 Rancho Viejo Road, Suite 103 San Juan Capistrano, CA 92675** | **church** | **past 12 months** | **tithing Value: $12000** |
| **World Vision PO Box 78481 Tacoma, WA 98481** | **charity** | **last 12 months** | **donation Value: 65 per month** |

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pioneer Credit Counseling** | 6-26-09 | **$30** |
| **Law Office of Gerald Wolfe**<br>**6B Liberty, Suite 210**<br>**Aliso Viejo, CA 92656** | | **$18,500.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

| None ■ | a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. |
|---|---|

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

7

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __June 30, 2009__          Signature __/s/ Gary Lee Belhumeur__
                                        **Gary Lee Belhumeur**
                                        Debtor

Date __June 30, 2009__          Signature __/s/ Lorrayne Lynn Leigh Belhumeur__
                                        **Lorrayne Lynn Leigh Belhumeur**
                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                      1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re                                                   Case No.:

**Gary Lee Belhumeur**
**Lorrayne Lynn Leigh Belhumeur**

                                                        **DISCLOSURE OF COMPENSATION**
                            Debtor.                     **OF ATTORNEY FOR DEBTOR**

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
    rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 18,500.00 |
    | Prior to the filing of this statement I have received | $ | 18,500.00 |
    | Balance Due | $ | 0.00 |

2.  $ **1,039.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of
    my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my
    law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions
    or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in this bankruptcy proceeding.

**June 30, 2009**                          /s/ **Gerald Wolfe**
Date                                       **Gerald Wolfe 180599**
                                           Signature of Attorney
                                           **Law Office of Gerald Wolfe**
                                           Name of Law Firm
                                           **6B Liberty, Suite 210**
                                           **Aliso Viejo, CA 92656**
                                           **949-257-0961 Fax: 949-878-4840**

---

B22B (Official Form 22B) (Chapter 11) (01/08)

In re   **Gary Lee Belhumeur**
       **Lorrayne Lynn Leigh Belhumeur**
              Debtor(s)

Case Number: _____
           (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** <br> c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | |

| | | | **Column A** <br> Debtor's <br> Income | **Column B** <br> Spouse's <br> Income |
|---|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $    0.00 | $   13,700.26 |

| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. | | | |
|---|---|---|---|---|
| | | Debtor | Spouse | |
| | a. Gross receipts | $   0.00 | $   0.00 | |
| | b. Ordinary and necessary business expenses | $   0.00 | $   0.00 | |
| | c. Business income | Subtract Line b from Line a | | $   0.00    $   0.00 |

| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. | | | |
|---|---|---|---|---|
| | | Debtor | Spouse | |
| | a. Gross receipts | $   0.00 | $   6,940.00 | |
| | b. Ordinary and necessary operating expenses | $   0.00 | $   5,400.00 | |
| | c. Rent and other real property income | Subtract Line b from Line a | | $   0.00    $   1,540.00 |

| 5 | **Interest, dividends, and royalties.** | | $   0.00 | $   0.00 |
|---|---|---|---|---|
| 6 | **Pension and retirement income.** | | $   0.00 | $   0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $   0.00 | $   0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below. <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act     Debtor $   0.00    Spouse $   0.00 | | $   0.00 | $   0.00 |

B22B (Official Form 22B) (Chapter 11) (01/08)                                                    2

| | | Debtor | Spouse | | |
|---|---|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
| | a. | $ | $ | | |
| | b. | $ | $ | $  0.00 | $  0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | | | $  0.00 | $  15,240.26 |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | 15,240.26 |

| Part II. VERIFICATION |
|---|

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date:   **June 30, 2009**                    Signature:   **/s/ Gary Lee Belhumeur**
                                                          **Gary Lee Belhumeur**
                                                               (Debtor)

Date:   **June 30, 2009**                    Signature   **/s/ Lorrayne Lynn Leigh Belhumeur**
                                                          **Lorrayne Lynn Leigh Belhumeur**
                                                          (Joint Debtor, if any)

February 2006
California

2006 USBC Central District of

## United States Bankruptcy Court
### Central District of California

In re    Gary Lee Belhumeur
Lorrayne Lynn Leigh Belhumeur

Debtor(s)

Case No.
Chapter    **11**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **Gary Lee Belhumeur**, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

■ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Lorrayne Lynn Leigh Belhumeur**, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date **June 30, 2009**

Signature **/s/ Gary Lee Belhumeur**
**Gary Lee Belhumeur**
Debtor

Date **June 30, 2009**

Signature **/s/ Lorrayne Lynn Leigh Belhumeur**
**Lorrayne Lynn Leigh Belhumeur**
Joint Debtor

**WESTERN YOUTH SERVICES**
25461 SOUTH POINTE DR. STE 220
LAGUNA HILLS, CA 92653

1
1037

06/25/2009 | **Direct Deposit**
DATE | CHECK NO.

PAY TO THE
ORDER OF

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**\*\*$4810.45\*\***
AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK
260 W. COMMONWEALTH AVENUE
FULLERTON, CA 92832

 PAY ONLY 000 CTS CTS

**\*\*NON-NEGOTIABLE\*\***
AUTHORIZED SIGNATURES

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE | FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE, CA 92672

Soc Sec #: XXX-XX-XXXX  Employee ID: 1037
Hire Date: 07/01/90
Status: FT
Filing Status:
Federal: Married, 4
State: CA: Married, 4
Dept: 1

Pay Period: 06/01/09 to 06/15/09
Check Date: 06/25/09    Check #: Direct Deposit
**TIME OFF** (Based On Policy Year)

DESCRIPTION | UNITS
VACATION-F - Available | 202.670 HOURS
SICK-FT - Available | 197.340 HOURS

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 8341 | 4810.45 | 58774.53 |
| Net Pay | 4810.45 | 58774.53 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 6550.13 | | 83917.56 |
| VACATION | 24.00 | 79.0369 | | 32.00 | |
| 403B | | | -127.83 | | -1533.96 |
| 403B MATCH - M | | | 144.36 | | 1772.62 |
| AUTO ALLOWANCE | | | 392.70 | | 4712.40 |
| DEP CARE SPEND! | | | -125.00 | | -1500.00 |
| HEALTH CARE SPE | | | -125.00 | | -1500.00 |
| **GROSS** | 24.00 | | 6905.00 | 32.00 | 84098.00 |
| **TRUE GROSS** | | | 7242.83 | | 86629.96 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 1062.48 | 13230.21 |
| OASDI | 433.56 | 5309.07 |
| MEDICARE | 101.40 | 1241.65 |
| STATE W/H CA | 380.19 | 4593.60 |
| STATE SDI CA | 76.92 | 941.94 |
| **TOTAL** | 2054.55 | 25321.47 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 4810.45 | 58774.53 |

**WESTERN YOUTH SERVICES**
23461 SOUTH POINTE DR. STE 220
LAGUNA HILLS, CA 92653

1
1037

**06/10/2009**
DATE

**Direct Deposit**
CHECK NO

PAY TO THE
ORDER OF

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**$4810.45**
AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK
200 W. COMMONWEALTH AVENUE
FULLERTON, CA 92832


PAY ONLY CTSCTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                                          FOLD AND REMOVE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| LORRAYNE L LEIGH | | REGULAR | | | 6259.13 | | 77067.43 |
| 139 W ESCALONES | | HOLIDAY | 8.00 | 79.0360 | | 48.00 | |
| SAN CLEMENTE, CA 92672 | | 403B | | | -127.83 | | -1406.13 |
| | | 403B MATCH  - M | | | 144.86 | | 1627.76 |
| Soc Sec #: XXX-XX-XXXX  Employee ID: 1037 | | AUTO ALLOWANCE | | | 392.70 | | 4319.70 |
| Hire Date: 07/01/90 | | DEP CARE SPEND | | | -125.00 | | -1375.00 |
| Status: FT | | HEALTH CARE SPE | | | -125.00 | | -1375.00 |
| Filing Status: | | | | | | | |
| Federal: Married, 4 | | GROSS | 8.00 | | 6865.00 | 48.00 | 77231.00 |
| State: CA, Married, 4 | | TRUE GROSS | | | 7242.83 | | 81387.13 |
| Dept: 1 | | | | | | | |

| | | WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|---|---|
| Pay Period: 05/16/09 to 05/31/09 | | | FEDERAL WH | 1062.48 | 12107.73 |
| Check Date: 06/10/09   Check #: Direct Deposit | | | OASDI | 433.56 | 4875.51 |
| TIME OFF (Based On Policy Year) | | | MEDICARE | 101.40 | 1140.26 |
| | | | STATE WH CA | 380.19 | 4218.41 |
| DESCRIPTION   UNITS | | | STATE SDI CA | 76.92 | 865.02 |
| VACATION-F - Available   260.000  HOURS | | | | | |
| SICK-FT  - Available   194.005  HOURS | | | TOTAL | 2054.55 | 23266.92 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 8341 | 4810.45 | 53964.08 |
| Net Pay | 4810.45 | 53964.08 |

| | **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | | 4810.45 | 53964.08 |

Form by Paychex, Inc.
**0480-3724** WESTERN YOUTH SERVICES ■ 23461 SOUTH POINTE DR. STE 220 ■ LAGUNA HILLS, CA 92653 ■

WESTERN YOUTH SERVICES
23461 SOUTH POINTE DR, STE 220
LAGUNA HILLS, CA 92653

1037

| 05/22/2009 | Direct Deposit |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**$4810.45**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK
200 W. COMMONWEALTH AVENUE
FULLERTON, CA 92832

PAY ONLY .00

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| LORRAYNE L LEIGH | | REGULAR | | | 6850.13 | | 70217.30 |
| 139 W ESCALONES | | SICK | 8.00 | 76.0568 | | 64.00 | |
| SAN CLEMENTE, CA 92672 | | 403B | | | -127.83 | | -1276.30 |
| | | 403B MATCH - M | | | 144.86 | | 1492.90 |
| Soc Sec #: XXX-XX-XXXX  Employee ID: 1037 | | AUTO ALLOWANCE | | | 392.70 | | 3927.00 |
| Hire Date: 07.01.90 | | DEP CARE SPENDI | | | -125.00 | | -1250.00 |
| Status: FT | | HEALTH CARE SPE | | | -125.00 | | -1250.00 |
| Filing Status: | | | | | | | |
| Federal: Married, 4 | | GROSS | 8.00 | | 6865.00 | 64.00 | 70996.00 |
| State: CA  Married, 4 | | TRUE GROSS | | | 7242.83 | | 74144.30 |
| Dept: 1 | | | | | | | |

| | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| Pay Period: 05/01/09 to 05/15/09 | | | | | | | |
| Check Date: 05/22/09  Check #: Direct Deposit | | FEDERA...WH | | | 1002.48 | | 11105.25 |
| TIME OFF (Based On Prior Year) | | OASDI | | | 433.56 | | 4441.95 |
| | | MEDICARE | | | 101.46 | | 1038.85 |
| DESCRIPTION | UNITS | STATE WH CA | | | 380.19 | | 3838.22 |
| VACATION-F - Available | 280.000  HOURS | STATE SD  CA | | | 70.82 | | 789.10 |
| SICK-FT - Available | 160.670  HOURS | | | | | | |
| NET PAY ALLOCATIONS | | TOTAL | | | 2154.55 | | 21212.37 |

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 8341 | 4810.45 | 49153.63 |
| Net Pay | 4810.45 | 49153.63 |

| | NET PAY | | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | | | 4810.45 | 49153.63 |

**WESTERN YOUTH SERVICES**
23461 SOUTH POINTE DR, STE 220
LAGUNA HILLS, CA 92653

1037

05/08/2009
DATE

**Direct Deposit**
CHECK NO

PAY TO THE
ORDER OF

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**$4810.45**

AMOUNT

VOID THIS IS NOT A CHECK. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK
150 W. COMMONWEALTH AVENUE
FULLERTON, CA 92832

 PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| LORRAYNE L LEIGH | | REGULAR | | | 6853.13 | | 63367.17 |
| 139 W ESCALONES | | SICK | 48.00 | 79.0365 | | 56.00 | |
| SAN CLEMENTE, CA 92672 | | 403B | | | -127.83 | | -1150.47 |
| | | 403B MATCH - M | | | 144.86 | | 1338.04 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 1037 | | AUTO ALLOWANCE | | | 392.70 | | 3534.39 |
| Hire Date: 07/31/90 | | DEP CARE SPENDI | | | -125.00 | | -1125.53 |
| Status: FT | | HEALTH CARE SPE | | | -125.00 | | -1125.00 |
| Filing Status: | | | | | | | |
| Federal: Married 4 | | GROSS | 48.00 | | 6885.00 | 56.00 | 63501.00 |
| State: CA  Married 4 | | TRUE GROSS | | | 7242.83 | | 66901.47 |
| Dept: 1 | | | | | | | |
| | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Pay Period: 04/16/09 to 04/30/09 | | | | | | | |
| Check Date: 05/08/09    Check #: Direct Deposit | | FEDERAL W/H | | | 1850.48 | | 10642.77 |
| TIME OFF (Based On Policy Year) | | OASDI | | | 433.56 | | 4008.33 |
| | | MEDICARE | | | 101.40 | | 937.45 |
| DESCRIPTION | UNITS | STATE W/H CA | | | 389.79 | | 3458.03 |
| VACATION-F - Available | 280.000  HOURS | STATE SDI CA | | | 78.92 | | 711.18 |
| SICK-FT - Available | 196.335  HOURS | | | | | | |
| NET PAY ALLOCATIONS | | TOTAL | | | 2854.65 | | 19757.82 |
| | | | | | | | |
| DESCRIPTION | CURRENT ($)  YTD ($) | | | | | | |
| CHECKING NET - 5041 | 4810.45   44343.18 | | | | | | |
| Net Pay | 4810.45   44343.18 | | | | | | |

|  | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 4810.45 | 44343.18 |

**WESTERN YOUTH SERVICES**
20461 SOUTH POINTE DR, STE 220
LAGUNA HILLS, CA 92653

1037

04/24/2009    **Direct Deposit**
DATE    CHECK NO.

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**\*\*$4825.86\*\***
AMOUNT

PAY TO THE
ORDER OF

VOID THIS IS NOT A CHECK. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK
200 W. COMMONWEALTH AVENUE
FULLERTON CA 92832

PAY ONLY 00

**\*\*NON-NEGOTIABLE\*\***

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| LORRAYNE L LEIGH | | REGULAR | | | 6960.73 | | 56517.04 |
| 139 W ESCALONES | | VACATION | 8.00 | 79.0389 | | 8.00 | |
| SAN CLEMENTE CA 92672 | | 403B | | | +727.83 | | +4022.04 |
| | | 403B MATCH - M | | | +44.86 | | +1139.19 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 1037 | | AUTO ALLOWANCE | | | +92.71 | | +1141.80 |
| Hire Date: 07/01/90 | | DEP CARE SPEND | | | +125.00 | | +1000.00 |
| Status: FT | | HEALTH CARE SPE | | | +125.00 | | +1000.00 |
| Filing Status: | | | | | | | |
| Federal: Married, 4 | | GROSS | 8.00 | | 6865.00 | 8.00 | 55636.00 |
| State: CA  Married, 4 | | TRUE GROSS | | | 7242.83 | | 58658.64 |
| Dept: 1 | | | | | | | |
| Pay Period: 04/01/09 to 04/15/09 | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Check Date: 04/24/09   Check #: Direct Deposit | | FEDERAL WH | | | 1062.48 | | 8886.29 |
| TIME OFF (Based On Policy Year) | | OASDI | | | 423.56 | | 3574.63 |
| | | MEDICARE | | | 101.42 | | 836.05 |
| DESCRIPTION   UNITS | | STATE WH CA | | | 304.76 | | 3027.84 |
| VACATION-FT - Available   277.960 HOURS | | STATE SDI CA | | | 76.92 | | 674.26 |
| SICK-FT - Available   240.000 HOURS | | | | | | | |
| **NET PAY ALLOCATIONS** | | TOTAL | | | 2069.14 | | 17103.27 |

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 8041 | 4825.86 | 39542.73 |
| Net Pay | 4825.86 | 39532.73 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 4825.86 | 39532.73 |

**WESTERN YOUTH SERVICES**
23461 SOUTH POINTE DR. STE 220
LAGUNA HILLS CA 92653

1637

| 04/10/2009 | **Direct Deposit** |
| --- | --- |
| DATE | CHECK NO |

PAY TO THE
ORDER OF

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**\*\*$4825.86\*\***

AMOUNT

VOID THIS IS NOT A CHECK. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK
100 W. COMMONWEALTH AVENUE
FULLERTON CA 92832


PAY ONLY 00 CTS CTS

**\*\*NON-NEGOTIABLE\*\***

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE OR GRAY AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

| **PERSONAL AND CHECK INFORMATION** | **EARNINGS** | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| LORRAYNE L LEIGH | | REGULAR | | | 6450.71 | | 49906.91 |
| 139 W ESCALONES | | 403B | | | 172.83 | | 2946.51 |
| SAN CLEMENTE CA 92672 | | 403B MATCH - M | | | 144.90 | | 1048.12 |
| | | AUTO ALLOWANCE | | | 92.70 | | 2734.90 |
| Soc Sec #: XXX-XX-XXXX  Employee ID: 1637 | | DEP CARE SPEND | | | 125.00 | | 4375.00 |
| Hire Date: 07/01/92 | | HEALTH CARE SPE | | | 125.00 | | 375.03 |
| Status: F1 | | | | | | | |
| Filing Status: | | GROSS | | | 6845.90 | | 49771.20 |
| Federal: Married 4 | | TRUE GROSS | | | 7212.63 | | 52415.81 |
| State: CA  Married 4 | | | | | | | |
| Dept: 1 | **WITHHOLDINGS** | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Pay Period: 03/16/09 to 03/31/09 | | FEDERAL WH | | | 1452.68 | | 11017.61 |
| Check Date: 04/10/09  Check #: Direct Deposit | | OASDI | | | 430.36 | | 3131.07 |
| **TIME OFF** (Based On Policy Year) | | MEDICARE | | | 101.41 | | 734.60 |
| | | STATE WH CA | | | 364.78 | | 2713.06 |
| DESCRIPTION  UNITS | | STATE SDI CA | | | 76.92 | | 557.04 |
| VACATION-F - Available  278.660 HOURS | | | | | | | |
| SICK-F1 - Available  238.670 HOURS | | TOTAL | | | 2426.15 | | 18153.18 |
| **NET PAY ALLOCATIONS** | | | | | | | |
| DESCRIPTION  CURRENT ($)  YTD ($) | | | | | | | |
| CHECKING NET - 8341  4825.86  34706.87 | | | | | | | |
| Net Pay  4825.86  34706.87 | | | | | | | |

**NET PAY**

| | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| | 4825.86 | 34706.87 |

Printed by Paychex Inc.

**WESTERN YOUTH SERVICES**

03/25/2009     **Direct Deposit**

TO THE ORDER OF

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**\*\*$4825.86\*\***

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK



**\*\*NON-NEGOTIABLE\*\***

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| LORRAYNE L LEIGH | | REGULAR | | | | | 4281.06 |
| 139 W ESCALONES | | SICK | 8.00 | 79.0365 | | 8.0 | |
| SAN CLEMENTE CA 92672 | | 403B | | | -127.82 | | -766.76 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 1037 | | 403B MATCH   M | | | 141.86 | | 908.46 |
| Hire Date: | | AUTO ALLOWANCE | | | 60.70 | | -358.00 |
| Status: FT | | DEP CARE SPEND | | | -125.00 | | -750.00 |
| Filing Status: | | HEALTH CARE SPE | | | 125.00 | | -750.00 |
| Federal: Married 1 | | | | | | | |
| State: CA Married 1 | | GROSS | 8.00 | | 686.97 | 2.00 | 4393.82 |
| Dept: 1 | | TRUE GROSS | | | 721.81 | | 10170.06 |

| Pay Period: | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| Check Date: 03/25/09   Check #: Direct Deposit | | FEDERAL WH | | | 105.49 | | 4655.10 |
| **TIME OFF** | | OASDI | | | 4.93 | | 2797.11 |
| | | MEDICARE | | | 10.1.98 | | 653.26 |
| DESCRIPTION   UNITS | | STATE WH CA | | | 884.70 | | 1743.29 |
| VACATION-F - Available   27.000  HOURS | | STATE SDI CA | | | 76.50 | | 441.70 |
| SICK-FT - Available   215.035  HOURS | | | | | | | |
| **NET PAY ALLOCATIONS** | | TOTAL | | | 2039.74 | | 1803.94 |

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 5741 | 4825.86 | 29881.01 |
| Net Pay | 4825.86 | 29881.01 |

| | **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | | 4825.86 | 29881.01 |

**0480-3724** WESTERN YOUTH SERVICES ■ 23461 SOUTH POINTE DR STE 220 ■ LAGUNA HILLS CA 92653 ■

WESTERN YOUTH SERVICES
2340 SOUTH POINTE DR. STE 220
LAGUNA HILLS CA 92653

1037

**03/10/2009**    **Direct Deposit**

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**\*\*$5011.03\*\***

VOID THIS IS NOT A CHECK

FULLERTON COMMUNITY BANK
215 W. COMMONWEALTH AVENUE
FULLERTON CA 92832


PAY ONLY

**\*\*NON-NEGOTIABLE\*\***

---

## PERSONAL AND CHECK INFORMATION

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Soc Sec #: XXX-XX-XXXX   Employee ID: 1037
Hire Date: 07/01/00
Status: F T
Filing Status:
Federal: Married, 4
State: CA  Married, 4
Dept: 1

Pay Period: 02/16/09 to 02/28/09
Check Date: 03/10/09     Check #: Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS |
|---|---|
| VACATION-F - Available | 265.350 HOURS |
| SICK-F T  - Available | 240.000 HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 6341 | 5011.03 | 25055.15 |
| Net Pay | 5011.03 | 25055.15 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 7193.33 | | 35986.65 |
| HOLIDAY | 8.00 | 82.9998 | | 40.00 | |
| 403B | | | -127.35 | | -409.10 |
| 403B MATCH - M | | | 151.72 | | 758.63 |
| AUTO ALLOWANCE | | | 392.70 | | 1963.50 |
| DEP CARE SPEND | | | -125.00 | | -625.00 |
| HEALTH CARE SPE | | | -125.00 | | -625.00 |
| **GROSS** | 8.00 | | 7208.20 | 40.00 | 36,111.93 |
| *TRUE GROSS* | | | 7595.01 | | 37599.15 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 1158.57 | 5792.85 |
| OASDI | 454.83 | 2274.15 |
| MEDICARE | 106.37 | 531.85 |
| STATE WH CA | 396.70 | 1980.00 |
| STATE SDI CA | 80.70 | 403.50 |
| TOTAL | 2197.17 | 11982.35 |

---

**WESTERN YOUTH SERVICES**
23461 SOUTH POINTE DR, STE 220
LAGUNA HILLS, CA 92653

02/25/2009    **Direct Deposit**

DATE    CHECK NO

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**\*\*$5011.03\*\***

AMOUNT

VOID THIS IS NOT A CHECK .....................................

FULLERTON COMMUNITY BANK
201 E COMMONWEALTH AVENUE
FULLERTON CA 92832

 PAY ONLY 00 DOLLARS CENTS

**\*\*NON-NEGOTIABLE\*\***

---

## PERSONAL AND CHECK INFORMATION

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Soc Sec # XXX-XX-XXXX  Employee ID: 1147
Hire Date: 07 01 94
Status: FT
Filing Status:
Federal Married 4
State CA Married 4
Dept: 1

Pay Period: 02 01 09 to 02 15 09
Check Date: 02 25 09  Check #: Direct Deposit
**TIME OFF** (Based On Fiscal Year)

| DESCRIPTION | UNITS |
|---|---|
| VACATION-FT - Available | 258.680 HOURS |
| SICK-FT - Available | 240.000 HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 8341 | 5011.03 | 20044.12 |
| Net Pay | 5011.03 | 20044.12 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 7193.33 | | 28773.32 |
| HOLIDAY | 8.00 | 32.0688 | | 32.00 | |
| 403B | | | -127.83 | | -511.32 |
| 403B MATCH - FFI | | | 191.72 | | 696.88 |
| AUTO ALLOWANCE | | | 350.70 | | 1870.80 |
| DEP CARE SPEND | | | -125.00 | | -500.00 |
| HEALTH CARE SPE | | | -125.00 | | -500.00 |
| GROSS | 8.00 | | 7038.20 | 32.00 | 28840.80 |
| TRUE GROSS | | | 7486.03 | | 40543.72 |

## WITHHOLDINGS

| DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|
| FEDERAL WH | | | 1103.97 | | 4634.20 |
| OASDI | | | 454.43 | | 1819.50 |
| MEDICARE | | | 106.27 | | 425.48 |
| STATE WH CA | | | 246.70 | | 1546.80 |
| STATE SDI CA | | | 80.70 | | 402.80 |
| TOTAL | | | 2197.17 | | 8788.66 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 5011.03 | 20044.12 |

WESTERN YOUTH SERVICES

| | | 02/10/2009 | Direct Deposit |
|---|---|---|---|
| | | DATE | CHECK NO |

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s)
**\*\*$5011.03\*\***

VOID THIS IS NOT A CHECK . . . . . . .

FULLERTON COMMUNITY BANK
FULLERTON CA



**\*\*NON-NEGOTIABLE\*\***

---

**PERSONAL AND CHECK INFORMATION**

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Soc Sec #: XXX-XX-XXXX    Employee ID: 1037
Hire Date: 07/01/03
Status: F1
Filing Status:
Federal: Married, 4
State: CA Married, 4
Dept: 1

Pay Period: 01/16/09 to 01/31/09
Check Date: 02/10/09    Check #: Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS |
|---|---|
| VACATION-F - Available | 262.000 HOURS |
| SICK-FT - Available | 248.000 HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 9361 | 5011.03 | 15033.09 |
| **Net Pay** | **5011.03** | **15033.09** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 7193.73 | | 21579.99 |
| HOLIDAY | 8.00 | 82.0068 | | 24.00 | |
| 403B | | | -127.83 | | -383.49 |
| 403B MATCH - CM | | | 161.72 | | 485.16 |
| AUTO ALLOWANCE | | | 392.70 | | 1178.10 |
| DEP CARE SPENDI | | | -125.00 | | -375.00 |
| HEALTH CARE SPE | | | 125.00 | | -375.00 |
| | | | | | |
| **GROSS** | 8.00 | | 7208.20 | 24.00 | 21624.60 |
| *TRUE GROSS* | | | 7686.03 | | 22758.09 |

**WITHHOLDINGS**

| DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|
| FEDERAL WH | | | 1158.67 | | 3476.71 |
| OASDI | | | 454.83 | | 1364.49 |
| MEDICARE | | | 106.37 | | 319.11 |
| STATE WH CA | | | 396.60 | | 1190.10 |
| STATE SDI CA | | | 80.70 | | 242.10 |
| | | | | | |
| *TOTAL* | | | 2197.17 | | 6591.51 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 5011.03 | 15033.09 |

WESTERN YOUTH SERVICES

| | 01/23/2009 | Direct Deposit |
|---|---|---|
| | DATE | CHECK NO. |

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s):
**$5011.03**

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FULLERTON COMMUNITY BANK
FULLERTON CA 92832

 PAY ONLY **$.00**

**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE, CA 92672

Soc Sec #: XXX-XX-XXXX   Employee ID: 1027
Hire Date: 07/01/90
Status: FT
Filing Status:
Federal: Married 4
State: CA  Married 4
Dept: 1

Pay Period: 01/01/09 to 01/15/09
Check Date: 01/23/09   Check #: Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS |
|---|---|
| VACATION-F - Available | 245.940  HOURS |
| SICK-FT - Available | 240.000  HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 6241 | 5011.03 | 10022.06 |
| Net Pay | 5011.03 | 10022.06 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 2193.33 | | 14087.48 |
| HOLIDAY | 8.00 | 82.9968 | | 10.00 | 285.99 |
| 403B | | | -157.83 | | -303.14 |
| 403B MATCH - EM | | | 151.70 | | -785.42 |
| AUTO ALLOWANCE | | | 392.70 | | -263.00 |
| DEP CARE SPEND | | | -125.00 | | -250.00 |
| HEALTH CARE SPE | | | -125.00 | | |
| GROSS | 8.00 | | 7308.20 | 10.00 | 14418.48 |
| TRUE GROSS | | | 7556.03 | | 16172.4 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 1108.57 | 2417.14 |
| OASDI | 464.80 | 894.14 |
| MEDICARE | 108.37 | 212.74 |
| STATE WH CA | 396.70 | 730.43 |
| STATE SDI CA | 50.76 | 110.40 |
| TOTAL | 2197.17 | 4364.84 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 5011.03 | 10022.06 |

0480-3724 WESTERN YOUTH SERVICES  •  23861 SOUTH POINTE DR, STE 120  •  LAGUNA HILLS, CA 92653  •

WESTERN YOUTH SERVICES
23401 SOUTH POINTE DR. STE 200
LAGUNA HILLS, CA 92653

01/09/2009    **Direct Deposit**

LORRAYNE L LEIGH
139 W ESCALONES
SAN CLEMENTE CA 92672

Total Net Direct Deposit(s):
**$5011.03**

VOID THIS IS NOT A CHECK..............................

FULLERTON COMMUNITY BANK
FULLERTON CA 92632

 PAY ONLY

**\*\*NON-NEGOTIABLE\*\***

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| LORRAYNE L LEIGH | | REGULAR | | | 7194.03 | | 7194.03 |
| 139 W ESCALONES | | HOLIDAY | 8.00 | 82.1865 | | 8.00 | |
| SAN CLEMENTE, CA 92672 | | 403B | | | -127.83 | | -127.83 |
| Soc Sec #: XXX-XX-XXXX  Employee ID: | | 403B MATCH - M | | | 191.72 | | 191.72 |
| Hire Date: | | AUTO ALLOWANCE | | | 392.70 | | 392.70 |
| Status: FT | | DEP CARE SPEND | | | -125.00 | | -125.00 |
| Filing Status: | | HEALTH CARE SPE | | | -125.00 | | -125.00 |
| Federal: Married 4 | | | | | | | |
| State: CA, Married 4 | GROSS | | 8.00 | | 7208.20 | 8.00 | 7208.20 |
| Dept: | TRUE GROSS | | | | 7506.03 | | 7506.03 |
| Pay Period: 12/16/08 to 12/31/08 | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Check Date: 01/09/09  Check #: Direct Deposit | | | | | | | |
| **TIME OFF** (Based On Policy Year) | | FEDERAL W/H | | | 1158.67 | | 1158.67 |
| | | OASDI | | | 451.83 | | 451.83 |
| DESCRIPTION  UNITS | | MEDICARE | | | 105.67 | | 105.67 |
| VACATION-F - Available  280.000 HOURS | | STATE W H/CA | | | 396.73 | | 396.73 |
| SICK-FT - Available  240.000 HOURS | | STATE SDI CA | | | 83.73 | | 83.73 |
| **NET PAY ALLOCATIONS** | | | | | | | |
| | | TOTAL | | | 2197.17 | | 2197.17 |
| DESCRIPTION  CURRENT ($)  YTD ($) | | | | | | | |
| CHECKING NET -  5011.03  5011.03 | | | | | | | |
| Net Pay  5011.03  5011.03 | | | | | | | |

| | NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | | 5011.03 | 5011.03 |

Verification of Creditor Mailing List - (Rev. 10/05)                          2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Gerald Wolfe 180599**

Address   **6B Liberty, Suite 210 Aliso Viejo, CA 92656**

Telephone **949-257-0961 Fax: 949-878-4840**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Gary Lee Belhumeur** **Lorrayne Lynn Leigh Belhumeur** **AKA Lorrayne Lynn Leigh** | Case No.: Chapter:        **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **June 30, 2009**            **/s/ Gary Lee Belhumeur**
                                     **Gary Lee Belhumeur**
                                     Signature of Debtor

Date:   **June 30, 2009**            **/s/ Lorrayne Lynn Leigh Belhumeur**
                                     **Lorrayne Lynn Leigh Belhumeur**
                                     Signature of Debtor

Date:   **June 30, 2009**            **/s/ Gerald Wolfe**
                                     Signature of Attorney
                                     **Gerald Wolfe 180599**
                                     **Law Office of Gerald Wolfe**
                                     **6B Liberty, Suite 210**
                                     **Aliso Viejo, CA 92656**
                                     **949-257-0961   Fax: 949-878-4840**

Gary Lee Belhumeur
139 W Escalones
San Clemente, CA 92672


Lorrayne Lynn Leigh Belhumeur
139 W Escalones
San Clemente, CA 92672


Gerald Wolfe
Law Office of Gerald Wolfe
6B Liberty, Suite 210
Aliso Viejo, CA 92656


Aurora Loan Services
P.O Box 78111
Phoenix, AZ 85062


Bank of America
PO Box 5170
Simi Valley, CA 93062


Bank of America
Mail Stop CA6-921-01-09
450 American Street
Simi Valley, CA 93065


Bank of America
Mail Stop SV3-83
PO Box 10277
Van Nuys, CA 91410


Cal Western Reconveyance
525 East Main Street
El Cajon, CA 92022-9004

Carden Academy
24741 Chrisanta Drive
Mission Viejo, CA 92691


Chuck Maretzky
149 Ave Granada
San Clemente, CA 92672


GMAC
P.O Box 380908
Bloomington, MN 55438


Meridian Property Management
9921 Carmel Mountain Road #232
San Diego, CA 92129


National City
P.O Box 5570
Cleveland, OH 44101


Orange County Treasurer
PO Box 1438
Santa Ana, CA 92702-1438


Recontrust
PO Box 619004
Dallas, TX 75261-9004


San Diego County Treasurer
PO Box 129009
San Diego, CA 92112