B6D (Official Form 6D) (12/07)

In re **Gary Lee Belhumeur,**                                                                               Case No. **8:09-bk-16593-RK**
**Lorrayne Lynn Leigh Belhumeur**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1909** <br><br> **Aurora Loan Services** <br> **P.O Box 78111** <br> **Phoenix, AZ 85062** | | J | 12/2006 <br><br> 1st mortgage (deed of trust) <br><br> Rental: single family dwelling <br> Location: 137 W Escalones, San Clemente, CA 92672 <br> Value $ 300,000.00 | | | X | 592,500.00 | 292,500.00 |
| Account No. **xxxx1895** <br><br> **Bank of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | J | 12/2006 <br><br> 2nd mortgage (deed of trust) <br><br> Rental: single family dwelling <br> Location: 137 W Escalones, San Clemente, CA 92672 <br> Value $ 300,000.00 | | | | 39,500.00 | 39,500.00 |
| Account No. **xxxxx1978** <br><br> **Bank of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | J | 4/2006 <br><br> 1st mortgage (deed of trust) <br><br> Rental: 3 bedroom condo <br> Location: 5070 Via Manos Unit B, Oceanside, CA 92057 <br> Value $ 125,000.00 | | | X | 288,771.00 | 163,771.00 |
| Account No. **xxxxx8829** <br><br> **Bank of America** <br> **Mail Stop CA6-921-01-09** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | J | 3/05 <br><br> 1st mortgage (deed of trust) <br><br> Rental: 3 Bedroom Condo <br> Location: 309 Sun Court, El Cajon, CA 92021 <br> Value $ 120,000.00 | | | X | 266,495.00 | 146,495.00 |
| **__2__** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 1,187,266.00 | 642,266.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gary Lee Belhumeur,**  Case No. **8:09-bk-16593-RK**
**Lorrayne Lynn Leigh Belhumeur**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6321** <br><br> **Bank of America** <br> **Mail Stop SV3-83** <br> **PO Box 10277** <br> **Van Nuys, CA 91410** | | J | 4/2005 <br> 1st mortgage (deed of trust) <br> Rental: Tri-plex <br> Location: 148 Terracina Way, Vista, CA 92083 <br> Value $ 370,000.00 | | | X | 610,530.00 | 240,530.00 |
| Account No. **xxxxxxxxxxxxx8734** <br><br> **GMAC** <br> **P.O Box 380908** <br> **Bloomington, MN 55438** | | J | 11/2004 <br> 1st Mortgage (deed of trust) <br> Residence: single family dwelling (Primary Residence) <br> Location: 139 W Escalones, San Clemente, CA 92672 <br> Value $ 400,000.00 | | | X | 549,250.00 | 149,250.00 |
| Account No. **xxxxxxxxxxx4448** <br><br> **National City** <br> **P.O Box 5570** <br> **Cleveland, OH 44101** | | J | 11/2004 <br> 2nd Mortgage (deed of trust) <br> Residence: single family dwelling (Primary Residence) <br> Location: 139 W Escalones, San Clemente, CA 92672 <br> Value $ 400,000.00 | | | | 126,750.00 | 126,750.00 |
| Account No. **xxxxxxxxxxx4350** <br><br> **National City** <br> **P.O Box 5570** <br> **Cleveland, OH 44101** | | J | 4/2005 <br> 2nd Mortgage (deed of trust) <br> Rental: Tri-plex <br> Location: 148 Terracina Way, Vista, CA 92083 <br> Value $ 370,000.00 | | | | 69,500.00 | 69,500.00 |
| Account No. **xx0039** <br><br> **Pepper Drive Estates HOA** <br> **c/o Pemicano Realty & Management** <br> **2851 Camino Del Rio S. #230** <br> **San Diego, CA 92108-3841** | | C | Home Owners Association Dues <br> Rental: 3 Bedroom Condo <br> Location: 309 Sun Court, El Cajon, CA 92021 <br> Value $ 120,000.00 | | | | 1,002.00 | 1,002.00 |
| Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 1,357,032.00 | 587,032.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gary Lee Belhumeur,**  
**Lorrayne Lynn Leigh Belhumeur**            Case No. **8:09-bk-16593-RK**
,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Villa San Luis Rey**<br>**c/o Morning View Associates, LLC**<br>**3375 Mission Ave. Suite F**<br>**Oceanside, CA 92058** | | C | **Home Owners Association Dues**<br><br>**Rental: 3 bedroom condo**<br>**Location: 5070 Via Manos Unit B,**<br>**Oceanside, CA 92057**<br><br>Value $ 125,000.00 | | | | 1,391.30 | 1,391.30 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **1,391.30**    **1,391.30**

Total (Report on Summary of Schedules)  **2,545,689.30**    **1,230,689.30**